UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 9

| | |
|---|---|
| YETI COOLERS, LLC<br><br>                         Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>                         Defendant. | COURT NO. 21-00526 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A-C, attached, consists of plastic lids for vacuum-sealed drinkware.

3. The imported merchandise was liquidated by U.S. Customs and Border Protection with the merchandise classified under subheading 3923.50.0000 of the Harmonized Tariff Schedule of the United States ("HTSUS"), at a 5.3 percent *ad valorem* column 1, general rate. Some of the imported merchandise was also secondarily classified under subheading 9902.11.93, HTSUS, which covered "Plastic lids certified by the importer for use on food

storage containers (provided for in 3923.50.00)" entered on or before December 31, 2020, and changed the column 1 general rate of duty to "free." Depending on the date of entry, the imported merchandise was also secondarily classified as "Articles the product of China, " under subheading 9903.88.03, HTSUS, at a rate of 10 or 25 percent *ad valorem* under Section 301 of the U.S. Trade Act of 1974.

4. The stipulable imported merchandise is classifiable under subheading 9617.00.6000, HTSUS, which provides for "Vacuum flasks and other vacuum vessels, complete; parts thereof other than glass inners: . . . Parts", and should be assessed duties at a rate of 7.2 percent *ad valorem* (column 1), general rate, without an assessment of Section 301 duties.

5. The imported merchandise, covered by the entries set forth on the attached schedules A-C, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Michael E. Murphy
Michael E. Murphy
Aaron M. Applebaum
Attorneys for YETI Coolers, LLC
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Stipulated Judgment On Agreed Statement Of Facts, Court No. 21-00526, (continued)

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant
                              Attorney General

                              PATRICIA M. McCARTHY
                              Director

                              */s/ Justin R. Miller*
                              JUSTIN R. MILLER
                              Attorney-In-Charge
                              International Trade Field Office

                              */s/ Hardeep Kaur Josan*
                              HARDEEP KAUR JOSAN
                              Civil Division, Dept. of Justice
                              Commercial Litigation Branch
                              26 Federal Plaza
                              New York, New York 10278
                              *Attorneys for Defendant*
                              Tel. No. 212-264-9245
                              hardeep.k.josan@usdoj.gov

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

                              _____
                              Judge [(Insert name)]

Date: _____

Encl.

## SCHEDULE A TO STIPULATED JUDGMENT

Center: Consumer Products and Mass Merchandising Center of Excellence and Expertise

Port of Laredo, TX (CBP port no. 2304)

| Court No. | Protest Number | Entry Number | Entry Line No. | Description of Merchandise | Invoice Part No. |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33670950851 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33670962567 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33670985949 | 4 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33670997837 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33670997894 | 4 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671005812 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671013212 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671019789 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671026479 | 4 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671032493 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671046451 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671046469 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671046519 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671046683 | 5 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671057623 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671058456 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671112659 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671122237 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671127061 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671135346 | 5 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671135585 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671144629 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671151822 | 3 | Lids for vacuum-sealed vessels | 21070070003 |

| 21-00526 | 550120101395 | 33671156375 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33671156631 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671171598 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671171655 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671175615 | 4 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671180466 | 4 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671192529 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671195944 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671316615 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671319007 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671325301 | 2 | Lids for vacuum-sealed vessels | 21070070003 21070060003 |
| 21-00526 | 550120101395 | 33671325582 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671331945 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671336332 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671347024 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671351919 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671357130 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671357411 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671398688 | 3 | Lids for vacuum-sealed vessels | 21070070003 21070060003 |
| 21-00526 | 550120101395 | 33671427503 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671456262 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671479975 | 3 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671500200 | 4 | Lids for vacuum-sealed vessels | 21070070003 21070060003 |
| 21-00526 | 550120101395 | 33671512213 | 2 | Lids for vacuum-sealed vessels | 21070070003 |
| 21-00526 | 550120101395 | 33671512668 | 2 | Lids for vacuum-sealed vessels | 21070070003 |

## SCHEDULE B TO STIPULATED JUDGMENT

Center: Consumer Products and Mass Merchandising Center of Excellence and Expertise

Port of Los Angeles/Long Beach, CA (CBP port no. 2704)

| Court No. | Protest Number | Entry Number | Entry Line No. | Description of Merchandise | Invoice Part No. |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33645012555 | 3 | Lids for vacuum-sealed vessels | 21070060007 |
| 21-00526 | 550120101395 | 33645078549* | - | - | - |
| 21-00526 | 550120101395 | 33645079752 | 1 | Lids for vacuum-sealed vessels | 21070100004 |
| 21-00526 | 550120101395 | 33645084596 | 1 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645085635 | 1 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645099495 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645099495 | 2 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645099495 | 3 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645099495 | 4 | Lids for vacuum-sealed vessels | 21070100004 |
| 21-00526 | 550120101395 | 33645103040 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645103040 | 2 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645133492 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645133492 | 2 | Lids for vacuum-sealed vessels | 21070060010 |
| 21-00526 | 550120101395 | 33645133492 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645133492 | 4 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645141404 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645141404 | 2 | Lids for vacuum-sealed vessels | 21070100005 |

* All claims arising from this entry are abandoned.

## SCHEDULE C TO STIPULATED JUDGMENT

Center: Consumer Products and Mass Merchandising Center of Excellence and Expertise

Port of Dallas/Ft. Worth, TX (CBP port no. 5501)

| Court No. | Protest Number | Entry Number | Entry Line No. | Description of Merchandise | Invoice Part No. |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33645008116 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645009908 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645009908 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645009908 | 3 | Lids for vacuum-sealed vessels | 21070060010 |
| 21-00526 | 550120101395 | 33645009908 | 4 | Lids for vacuum-sealed vessels | 21070060010 |
| 21-00526 | 550120101395 | 33645011516 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645012548 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645014239 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645015053 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645015053 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645017828 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645018305 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645018305 | 2 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645018305 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645020731 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645021747 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645021747 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645025938 | 1 | Lids for vacuum-sealed vessels | 50000000388 |
| 21-00526 | 550120101395 | 33645025938 | 2 | Lids for vacuum-sealed vessels | 50000000387 |
| 21-00526 | 550120101395 | 33645025938 | 3 | Lids for vacuum-sealed vessels | 21070060007 |
| 21-00526 | 550120101395 | 33645027850 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645027850 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645028544 | 1 | Lids for vacuum-sealed vessels | 21070160002 |

| | | | | | |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33645028544 | 2 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645031878 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645031878 | 4 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645031878 | 5 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645033015 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645033361 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645034302 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645034302 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645036877 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645038311 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645038311 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645040515 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645040515 | 2 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645040515 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645043600 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645043972 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645043972 | 2 | Lids for vacuum-sealed vessels | 21070060007 |
| 21-00526 | 550120101395 | 33645043972 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645043972 | 4 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645043972 | 5 | Lids for vacuum-sealed vessels | 21070070011 |
| 21-00526 | 550120101395 | 33645043972 | 6 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645043972 | 7 | Lids for vacuum-sealed vessels | 21070070011 |
| 21-00526 | 550120101395 | 33645046488 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645047874 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645047874 | 3 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645049581 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645054417 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645054417 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645055810 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645057733 | 1 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645057857 | 1 | Lids for vacuum-sealed vessels | 21070100005 |

| | | | | | |
|---|---|---|---|---|---|
| 21-00526 | 550120101395 | 33645057857 | 2 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645059291 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645059309 | 6 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645061958 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645062048 | 3 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645062147 | 1 | Lids for vacuum-sealed vessels | 21070070011 |
| 21-00526 | 550120101395 | 33645062147 | 2 | Lids for vacuum-sealed vessels | 50000000388 |
| 21-00526 | 550120101395 | 33645062147 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645062147 | 4 | Lids for vacuum-sealed vessels | 21071300190 |
| 21-00526 | 550120101395 | 33645062147 | 6 | Lids for vacuum-sealed vessels | 50000000388 |
| 21-00526 | 550120101395 | 33645062147 | 7 | Lids for vacuum-sealed vessels | 21070070011 |
| 21-00526 | 550120101395 | 33645063830 | 4 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645065280 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645068334 | 1 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645068334 | 3 | Lids for vacuum-sealed vessels | 21070100005 |
| 21-00526 | 550120101395 | 33645069969 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645071098 | 1 | Lids for vacuum-sealed vessels | 21070160002 |
| 21-00526 | 550120101395 | 33645072138 | 9 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645075677 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645075677 | 2 | Lids for vacuum-sealed vessels | 21070060007 |
| 21-00526 | 550120101395 | 33645075677 | 3 | Lids for vacuum-sealed vessels | 21070100004 |
| 21-00526 | 550120101395 | 33645075677 | 5 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645075685 | 1 | Lids for vacuum-sealed vessels | 21070100004 |
| 21-00526 | 550120101395 | 33645075685 | 3 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645077954 | 1 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645077954 | 2 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645077954 | 3 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645079745 | 5 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645079760 | 1 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645079760 | 2 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645088498 | 1 | Lids for vacuum-sealed vessels | 21070160002 |

| 21-00526 | 550120101395 | 33645090205 | 1 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645090205 | 2 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645090205 | 3 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645090205 | 4 | Lids for vacuum-sealed vessels | 21070070007 |
| 21-00526 | 550120101395 | 33645090205 | 5 | Lids for vacuum-sealed vessels | 21070060007 |
| 21-00526 | 550120101395 | 33645096327 | 6 | Lids for vacuum-sealed vessels | 21070100006 |
| 21-00526 | 550120101395 | 33645109187 | 1 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645109187 | 2 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645109187 | 3 | Lids for vacuum-sealed vessels | 21071300216 |
| 21-00526 | 550120101395 | 33645109187 | 4 | Lids for vacuum-sealed vessels | 21070100004 |
| 21-00526 | 550120101395 | 33645129078 | 1 | Lids for vacuum-sealed vessels | 21070060010 |
| 21-00526 | 550120101395 | 33645129078 | 2 | Lids for vacuum-sealed vessels | 21070060010 |